UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TODD JAMISON,                                               :
                                                            :
                        Plaintiff,          :        **ORDER**
                                                            :
          - against -                               :
                                                            :
CITY OF NEW YORK, NEW YORK CITY                             :        1:07-cv-1312-ENV-RER
POLICE DEPARTMENT, ALISON JAMISON                           :
and PATROLMEN'S BENEVOLENT                                  :
ASSOCIATION ,                                               :
                                                            :
                        Defendants.         :
                                                            :
------------------------------------------------------------X

VITALIANO, D.J.

      By letter dated May 7, 2007, the City of New York requested that this action be stayed pending resolution of the underlying criminal action against defendant Alison Jamison in New York State Supreme Court, Kings County.  By letter dated May 11, 2007, plaintiff consented to the Court staying this matter for six months to allow a reasonable time for the prosecution of the state criminal action against Alison Jamison.  The Court, finding a stay to be in the interest of the parties, public, and of judicial economy, will stay this matter until November 16, 2007, at which time defendants shall either move, answer, or otherwise respond to the complaint or, alternatively, submit a status report explaining why a further stay is necessary.

      **SO ORDERED.**

Dated: Brooklyn, New York
       May 16, 2007

                                                   / s / Eric N. Vitaliano
                                                   ERIC N. VITALIANO
                                                   United States District Judge